JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FLASHCOM, INC.<br><br>DAVID R. WEINSTEIN, et al.,<br><br>        Appellants,<br><br>v.<br><br>COMMUNICATIONS VENTURES III, LP, et al.,<br><br>        Appellees. | Case No. ED CV 13-0114 FMO<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the bankruptcy court's Order of October 11, 2012, is **affirmed**. The action is **dismissed with prejudice**.

Dated this 4th day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge